SCOTT S. HOFFMANN, ESQ.
Nevada Bar No. 8498
MENG ZHONG, ESQ.
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone: (775) 823-2900
Facsimile: (775) 823-2929
SHoffman@LRRLaw.com
MZhong@LRRLaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY EXCHANGE, INC., a New York corporation,<br><br>           Plaintiff,<br>vs.<br><br>COMEX DEPOSITORY SOLUTIONS, LLC, a Nevada limited liability company; JAMES SCHILLING, an individual; and SEAN TRAINOR, an individual,<br><br>           Defendants. | Case No.<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES REQUIRED BY LR 7.1-1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1 of the United States District Court for Nevada, the undersigned counsel of record for Plaintiff Commodity Exchange, Inc., certifies that the following have an interest in the outcome of this adversary proceeding:

1. Commodity Exchange, Inc. is a New York corporation with its principal place of business at World Financial Center, One North End Avenue, New York, New York 10282 ("Comex").

2. Comex is a wholly-owned subsidiary of CME Group Inc., a Delaware corporation with its principal place of business at 20 S. Wacker Drive, Chicago, Illinois 60606.

6957004_1

3. No publicly held affiliate owns more than 5% of CME Group Inc.'s stock.

These representations are made to enable judges of the Court to evaluate possible recusal.

Respectfully submitted,

Dated: November 13, 2015   By:   /s/ Scott S. Hoffmann
Scott S. Hoffmann
Meng Zong
LEWIS ROCA ROTHGERBER LLP
50 West Liberty Street
Suite 410
Reno, Nevada 89501

*In Association with:*

Joseph V. Norvell
Joseph T. Kucala, Jr.
J. Ryan Hinshaw
NORVELL IP LLC
P.O. Box 2461
Chicago, IL 60690
Telephone:   (888) 315-0732
Facsimile:   (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiff*
*Commodity Exchange, Inc.*

Attorneys for Plaintiff will comply with LR IA 10-2 within forty-five (45) days.