AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| COMMODITY EXCHANGE, INC., <br><br> *Plaintiff(s)* <br> v. <br><br> COMEX DEPOSITORY SOLUTIONS, LLC; JAMES SCHILLING; and SEAN TRAINOR, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-cv-00554-LRH-VPC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Comex Depository Solutions, LLC
9120 Double Diamond Pkwy, #C388
Reno, NV 89521

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott S. Hoffmann          Joseph V. Norvell
LEWIS ROCA ROTHGERBER    Joseph T. Kucala, Jr.
50 West Liberty St.              J. Ryan Hinshaw
Suite 410                            NORVELL IP LLC
Reno, NV 89501                 P.O. Box 2461
                                           Chicago, IL 60690

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson                              November 16, 2015
Clerk                                               Date

*/s/ Lance S. Wilson/*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Comex Depository Solutions, LLC
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                                         _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| COMMODITY EXCHANGE, INC.,<br><br>*Plaintiff(s)*<br>v.<br>COMEX DEPOSITORY SOLUTIONS, LLC; JAMES SCHILLING; and SEAN TRAINOR,<br><br>*Defendant(s)* | Civil Action No. 3:15-CV-00554-LRH-VPC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  James Schilling
9120 Double Diamond Pkwy, #C388
Reno, NV 89521

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott S. Hoffmann                    Joseph V. Norvell
LEWIS ROCA ROTHGERBER     Joseph T. Kucala, Jr.
50 West Liberty St.                  J. Ryan Hinshaw
Suite 410                                NORVELL IP LLC
Reno, NV 89501                      P.O. Box 2461
                                              Chicago, IL 60690

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson                                November 16, 2015
Clerk                                                    Date

*/s/ Lance S. Wilson/*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   James Schilling
was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| COMMODITY EXCHANGE, INC., <br><br> *Plaintiff(s)* <br> v. <br> COMEX DEPOSITORY SOLUTIONS, LLC; JAMES SCHILLING; and SEAN TRAINOR, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-cv-00554-LRH-VPC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Sean Trainor
9120 Double Diamond Pkwy, #C388
Reno, NV 89521

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott S. Hoffmann           Joseph V. Norvell
LEWIS ROCA ROTHGERBER        Joseph T. Kucala, Jr.
50 West Liberty St.          J. Ryan Hinshaw
Suite 410                    NORVELL IP LLC
Reno, NV 89501               P.O. Box 2461
                             Chicago, IL 60690

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson                           November 16, 2015
_____                   _____
Clerk                                     Date

*/s/ Lance S. Wilson*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sean Trainor

was received by me on *(date)*                          .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                       , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                  , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                        ; or

☐ I returned the summons unexecuted because                                              ; or

☐ Other *(specify)*:


My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: