UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Commodity Exchange, Inc.

    Plaintiff(s),

vs.

Comex Depository Solutions, LLC; James Schilling; and Sean Trainor,

    Defendant(s).

Case # 3:15-cv-00554-LRH-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Joseph V. Norvell_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Norvell IP llc_____
(firm name)

with offices at _____1776 Ash Street_____,
(street address)

_____Northfield_____, _____Illinois_____, _____60093_____,
(city)                          (state)                    (zip code)

_____(888) 315-0732_____, _____jnorvell@norvellip.com_____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Commodity Exchange, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since ___November 10, 1994___, Petitioner has been and presently is a
                        (date)
member in good standing of the bar of the highest Court of the State of ___Illinois___
                                                                           (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| SEE ATTACHED SUPPLEMENT | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 1/15

1       6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give

2 particulars if ever denied admission):

> None

6       7.     That Petitioner is a member of good standing in the following Bar Associations.

> American Bar Association

10      8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2

11 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

     9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

     10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

     11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Illinois____ )
COUNTY OF ____Cook____ )

____Joseph V. Norvell____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__10th__ day of __November__, __2015__.

Official Seal
A Lenz
Notary Public State of Illinois
My Commission Expires 08/24/2018

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Scott S. Hoffmann____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____50 West Liberty Street, Suite 410____,
(street address)

____Reno____, ____Nevada____, ____89501____,
(city)          (state)          (zip code)

____775-321-3404____, ____SHoffmann@LRRLaw.com____.
(area code + telephone number)    (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Scott S. Hoffmann_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Matthew J. Kelly, Managing Director, Chief IP Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

NV - 8498                    SHoffmann@LRRLaw.com
Bar number                   Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| COMMODITY EXCHANGE, INC., | ) Case No.: 3:15-cv-00554-LRH-VPC |
|---|---|
| Plaintiff, | ) **SUPPLEMENT TO VERIFIED PETITION BY JOSEPH V. NORVELL FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND TO DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| COMEX DEPOSITORY SOLUTIONS, LLC; JAMES SCHILLING; and SEAN TRAINOR, | |
| Defendants. | |

Joseph V. Norvell, Petitioner, respectfully represents to the Court:

4.  That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Illinois | November 10, 1994 | 6225747 |
| Northern District of Illinois | December 20, 1994 | |
| Central District of Illinois | June 28, 1996 | |
| Eastern District of Wisconsin | April 21, 1999 | |
| Western District of Wisconsin | March 17, 2004 | |
| Southern District of Illinois | December 2, 2013 | |
| U.S. Court of Appeals; 2d Circuit | December 12, 2014 | |
| U.S. Court of Appeals; 9th Circuit | March 5, 2008 | |
| U.S. Court of Appeals; 7th Circuit | September 3, 2010 | |
| U.S. Court of Appeals; Fed. Circuit | November 25, 2014 | |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Joseph V. Norvell

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1994 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, November 3, 2015.

*Carolyn Taft Grosboll*
Clerk