AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| COMMODITY EXCHANGE, INC.,<br><br>*Plaintiff(s)*<br>v.<br>COMEX DEPOSITORY SOLUTIONS, LLC; JAMES SCHILLING; and SEAN TRAINOR,<br><br>*Defendant(s)* | Civil Action No. 3:15-cv-00554-LRH-VPC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Comex Depository Solutions, LLC
9120 Double Diamond Pkwy, #C388
Reno, NV 89521

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott S. Hoffmann        Joseph V. Norvell
LEWIS ROCA ROTHGERBER   Joseph T. Kucala, Jr.
50 West Liberty St.      J. Ryan Hinshaw
Suite 410                NORVELL IP LLC
Reno, NV 89501           P.O. Box 2461
                         Chicago, IL 60690

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson                    November 16, 2015
Clerk                              Date

*Lance S. Wilson* (signature)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Comex Depository Solutions, LLC

was received by me on *(date)* 11-17-15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JESSICA SHOUPPE , who is
designated by law to accept service of process on behalf of *(name of organization)* COMEX DEPOSITORY
SOLUTIONS, LLC BY RESIDENT AGENT
LAUGHLIN ASSOC.,9120 DOUBLE DIAMOND on *(date)* 11-18-15 at 11:10 AM ; or
PKWY, RENO, NV

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-18-15

*Server's signature*

MARC NEVILLE (PROCESS SERVER)
*Printed name and title*

WEST COAST PROCESS SERVICE
403 Flint St.
Reno, NV 89501
*Server's address*

Additional information regarding attempted service, etc: