DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

CHAD M. COLTON, ESQ. (*pro hac vice pending*)
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
chadcolton@markowitzherbold.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY EXCHANGE, INC., a New York Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>COMEX DEPOSITORY SOLUTIONS, LLC, a Nevada limited liability company; JAMES SCHILLING, an individual; and SEAN TRAINOR, an individual,<br><br>　　　　　　　　Defendants. | Case No. 3:15-cv-00554-LRH-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

　　Defendants Comex Depository Solutions, LLC, James Schilling, and Sean Trainor, and plaintiff Commodity Exchange, Inc. by and through their undersigned attorneys, hereby stipulate and agree to an extension of time for defendants to respond to plaintiff's complaint. ECF No. 1.

…

…

…

…

…

{36754910;1}　　　　　　　　　　　　　　　1

...

The parties agree that defendants shall have until December 30, 2015 to respond to plaintiff's complaint.

DATED this 9th day of December, 2015.

| LEWIS ROCA ROTHGERBER | AKERMAN LLP |
|---|---|
| /s/ Scott S. Hoffmann<br>SCOTT S. HOFFMANN, ESQ.<br>Nevada Bar No. 8498<br>MENG ZHONG, ESQ.<br>Nevada Bar No. 12145<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br><br>*Attorneys for Commodity Exchange, Inc.* | /s/ William S. Habdas<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for defendants* |
| NORVELL IP LLC<br><br>/s/ J. Ryan Hinshaw<br>JOSEPH NORVELL, ESQ.<br>JOSEPH T. KUCALA, ESQ.<br>J. RYAN HINSHAW, ESQ.<br>Pro Hac Vice<br>P.O. Box 2461<br>Chicago, Illinois 60690<br><br>*Attorneys for Commodity Exchange, Inc.* | MARKOWITZ HERBOLD PC<br><br>/s/ Chad M. Colton<br>CHAD M. COLTON, ESQ.<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, OR 97204<br><br>*Attorneys for defendants* |

**ORDER**

IT IS SO ORDERED: _/s/ Valerie P. Cooke_

United States Magistrate Judge

DATED: _December 15, 2015_

{36754910;1}