SCOTT S. HOFFMANN, ESQ.
Nevada Bar No. 8498
MENG ZHONG, ESQ.
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone: (775) 823-2900
Facsimile: (775) 823-2929
PMatteoni@lrrc.com
SHoffmann@lrrc.com
MZhong@lrrc.com

*Attorneys for Plaintiff Commodity Exchange, Inc.*

| ☑ FILED | ___ RECEIVED |
| ___ ENTERED | ___ SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

APR 2 6 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

COMMODITY EXCHANGE, INC., a New York corporation,

    Plaintiff,

vs.

COMEX DEPOSITORY SOLUTIONS, LLC, a Nevada limited liability company; JAMES SCHILLING, an individual; and SEAN TRAINOR, an individual,

    Defendants.

Case No. 3:15-cv-00554-LRH-VPC

**NOTICE OF WITHDRAWAL OF COUNSEL [SCOTT S. HOFFMANN]**

NOTICE IS HEREBY GIVEN to the Court that Scott S. Hoffmann is leaving the law firm of Lewis Roca Rothgerber Chrisite LLP, and should be removed as counsel of record for Plaintiff Commodity Exchange, Inc. and removed from the Court's electronic service list for this case.

///
///
///
///
///
///
///
///

7625612_1

1 | Paul A. Matteoni of Lewis Roca Rothgerber Christie LLP will be substituted in as counsel
2 | of record for Plaintiff Commodity Exchange, Inc. in this matter.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By     /s/ Scott S. Hoffmann
SCOTT S. HOFFMANN, ESQ.
MENG ZHONG, ESQ.

*In Association with:*
Joseph V. Norvell
Joseph T. Kucala, Jr.
J. Ryan Hinshaw
NORVELL IP LLC
P.O. Box 2461
Chicago, IL 60690
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiff*
*Commodity Exchange, Inc.*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: April 24, 2016

7625612_1

2

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of LEWIS ROCA ROTHGERBER CHRISTIE LLP, and that on the 25th day of April, 2016, I caused the foregoing NOTICE OF WITHDRAWAL OF COUNSEL [SCOTT S. HOFFMANN] to be served:

    __X__    by electronically filing the foregoing with the CM/ECF electronic filing system, which will send a notice of electronic filing to the following:

Joseph V. Norvell, Esq.
*jnorvell@norvellip.com*
Joseph T. Kucala, Jr., Esq.
*jkucala@norvellip.com*
Jeffrey R. Hinshaw, Esq.
*rhinshaw@norvellip.com*

*Attorneys for Plaintiff*

Darren T. Brenner, Esq.
*darren.brenner@ackerman.com*
William S. Habdas, Esq.
*william.habdas@ackerman.com*
Chad M. Colton, Esq.
*ChadColton@MarkowitzHerbold.com*

*Attorneys for Defendants*

                                    */s/ Deborah A. Haffey*
                         An Employee of Lewis Roca Rothgerber Christie LLP